

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

JOHN BEN SHEPPERD
ATTORNEY GENERAL

November 18, 1954

Honorable Coke R. Stevenson, Jr.    Opinion No. S-147
Administrator
Texas Liquor Control Board      Re:  Subpoena power of Texas
P. O. Box 56                            Liquor Control Board un-
Austin 61, Texas                   der Section 7 of Article
                                  666, Vernon's Penal Code.

Dear Mr. Stevenson:

Your recent letter asks this office for an opinion on the following question:

"We desire your valued opinion as to whether or not this Department under Section 7 of Article 666, Penal Code of Texas, has the authority to issue a subpoena to compel the production of the personal records and accounts of all officers and stockholders of a corporation holding a permit or license issued by the Texas Liquor Control Board."

Section 7, supra, provides, in part:

"The Board, the Administrator and any inspector under the direction of the Board, shall for the purposes contemplated by this Act, have power <u>to issue subpoenas, compel the attendance of witnesses</u>, administer oaths, certify to official acts, take depositions within or without the State of Texas, as now provided by law, <u>and compel the production of pertinent books, accounts, records, documents, and testimony.</u>" (Emphasis added.)

In the light of the quoted statutory provision, your question is answered in the affirmative, qualified to the extent that the personal records and accounts of all officers and stockholders of a corporation holding a permit or license issued by the Board are pertinent to the matters under investigation. The subpoena should be specific in the description of the records and accounts wanted, by date, title, substance, or the subject to which they relate. <u>Ex Parte Gould</u>, 60 Tex. Crim. 442, 132 S.W. 364 (1910).

Hon. Coke R. Stevenson, Jr., page 2 (S-147)

## SUMMARY

The Texas Liquor Control Board may issue a subpoena to compel the production of the personal records and accounts of all officers and stockholders of a corporation holding a permit or license issued by the Board, provided such personal records and accounts are pertinent to the matters under investigation and the subpoena is specific in the description of the records and accounts wanted, by date, title, substance, or the subject to which they relate. Art. 666, Sec. 7, V.P.C., and Ex Parte Gould, 60 Tex. Crim. 442, 132 S.W. 364 (1910).

APPROVED:

Rudy G. Rice
State Affairs Division

J. A. Amis, Jr.
Reviewer

W. V. Geppert
Reviewer

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

HW/rt

Yours very truly,

JOHN BEN SHEPPERD
ATTORNEY GENERAL OF TEXAS

By Horace Wimberly
Horace Wimberly
Assistant